ALBANY-PLATTSBURGH UNITED CORPORATION, Plaintiff, v JOHN L. BELL, Defendant. (Action No. 1.)

JOHN L. BELL, Appellant, v DAVID R. WHITE et al., Respondents. (Action No. 2.) (And a Related Proceeding.)

Submitted November 24, 2003; decided February 24, 2004

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's denial of appellant's motion to renew and to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

NORTH SALEM CENTRAL SCHOOL DISTRICT et al., Appellants, v MAHOPAC CENTRAL SCHOOL DISTRICT et al., Respondents.

Submitted January 12, 2004; decided February 24, 2004

Motion, insofar as it seeks leave to appeal as against Mahopac Central School District, denied; motion, insofar as it seeks leave to appeal as against the Town of Carmel, dismissed upon the ground that the order sought to be appealed from does not finally determine the action as to said party within the meaning of the Constitution.